**No. 52872.**—Osaki Shoten, Ltd., et al. *v.* United States, protests 538200–G, etc. (Honolulu).

Opinion by COLE, J. In accordance with stipulation of counsel that the durikono is the same in all material respects as the merchandise the subject of Abstract 52550 and the bean flour is similar to the merchandise passed upon in Abstract 41668, the claims of the plaintiffs were sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 9, 1949

**No. 52873.**—W. T. Grant Co. *v.* United States, protests 921170–G (B), etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.